502 A.2d 1231

**Lorraine BRENNAN, Petitioner,**

**v.**

**PUBLIC SERVICE MUTUAL INS. CO., Respondent.**

Supreme Court of Pennsylvania.

Dec. 11, 1985.

Petition for Allowance of Appeal GRANTED, No. 164 E.D. Appeal Docket 1985.

502 A.2d 1231

**COMMONWEALTH of Pennsylvania, Petitioner,**

**v.**

**Leon JONES, Respondent.**

Supreme Court of Pennsylvania.

Dec. 20, 1985.

Petition for Allowance of Appeal GRANTED, No. 168 E.D. Appeal Docket 1985.